IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JIMMY LEE ROBERTS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:20-CV-466-WKW |
| | ) | |
| WALTON ENTERPRISES, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

It is ORDERED that the motions for a hearing and to vacate (Doc. # 40) are

DENIED for lack of subject matter jurisdiction.

DONE this 30th day of November, 2021.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE